Receipt Number

540922

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

GEOFFREY NELS FIEGER &
RICHARD L. STEINBERG,

      Plaintiffs,

vs.

Case: 2:06-cv-11684
Assigned To: Tarnow, Arthur J
Referral Judge: Majzoub, Mona K
Filed: 04-07-2006 At 01:37 PM
CMP FIEGER, ET AL V. MI SUPREME COURT, ET AL (TAM)

MICHIGAN SUPREME COURT,
CLIFFORD W. TAYLOR,
MICHAEL F. CAVANAGH,
ELIZABETH A. WEAVER,
MARILYN KELLY,
MAURA D. CORRRIGAN,
ROBERT P. YOUNG, JR.,
STEPHEN J. MARKMAN,
In their official capacities,

      Defendants.
_____/

MAGISTRATE JUDGE

MICHAEL R. DEZSI (P64530)
Counsel for Plaintiffs
FIEGER, FIEGER, KENNEY & JOHNSON, P.C.,
19390 W. Ten Mile Rd.
Southfield, MI 48075
(248) 355-5555
_____/

## COMPLAINT

    NOW COMES Plaintiffs, Geoffrey N. Fieger and Richard L. Steinberg, by and through counsel, and brings this Complaint against the above named Defendants. In support of their Complaint, Plaintiffs state the following:

    1. Plaintiffs Geoffrey N. Fieger and Richard L. Steinberg, are, and at all relevant times were, duly licensed attorneys admitted to practice law before the Michigan courts.

    2. Defendant Michigan Supreme Court, comprised of each of the above named justices in their official capacities, is the government agency responsible for the promulgation,

approval, and implementation of the Michigan Rules of Professional Conduct which rules govern attorney conduct.

3. Jurisdiction is conferred upon this Honorable Court by 28 U.S.C. § 1331, this being a civil action arising under the Constitution and the laws of the United States.

4. Jurisdiction is also conferred upon this Court by 28 U.S.C. § 1343(a)(3) and (4), 28 U.S.C. § 2201 & 2202, and 42 U.S.C. § 1983 & 1988, this being an action for declaratory judgment and equitable relief authorized by law to redress deprivations under color of law of rights, privileges, and immunities secured by the United States Constitution.

5. At all times relevant to this Complaint, and in taking all of the actions described in this Complaint, Defendants have acted and threatened to act under color of law and were effecting, and will effect, the custom, policies, rules, and laws of the State of Michigan.

## FACTS GIVING RISE TO PLAINTIFF'S CONSTITUTIONAL CLAIMS

6. Plaintiffs, and all other attorneys duly licensed to practice law in the State of Michigan, are subject to Michigan's Rules of Professional Conduct ("MRPC).

7. Failure to comply with an obligation or prohibition imposed by the MRPC subjects Plaintiff and all other licensed attorneys to the disciplinary proceedings of the Michigan Supreme Court.

8. Rule 3.5(c) of the MRPC provides that "A lawyer shall not engage in undignified or discourteous conduct toward the tribunal."

9. Rule 6.5 of the MRPC provides that "A lawyer shall treat with courtesy and respect all persons involved in the legal process."

10. As a direct result of MRPC 3.5 and 6.5, Plaintiff, and all other duly licenses attorneys, face the constant threat of disciplinary proceedings, up to and including revocation of licensure, for engaging in truthful, nonmisleading, constitutionally protected expression.

## COUNT I

11. Plaintiffs incorporates paragraphs 1-10 of their Complaint herein.

12. Michigan Rules of Professional Conduct 3.5(c) and 6.5 are unconstitutional on their face and violate the First and Fourteenth Amendments for the following reasons:

(a) Rules 3.5(c) and 6.5 unconstitutionally abridge freedom of speech and expression;

(b) Rules 3.5(c) and 6.5 do not further a compelling government interest;

(c) Rules 3.5(c) and 6.5 are not the least restrictive means to further any governmental interest, compelling or otherwise;

(d) Rules 3.5(c) and 6.5 are unconstitutionally vague and overly broad.

13. For these reasons, Plaintiffs, and all other duly licensed attorneys, are threatened with irreparable harm for which there is no adequate remedy at law.

## RELIEF REQUESTED

**THEREFORE**, Plaintiffs are entitled to:

(a) a declaration that MRPC 3.5(c) and 6.5 are unconstitutional on their face;

(b) a temporary restraining order, a preliminary injunction and, after final hearing, a permanent injunction precluding the Michigan Supreme Court, or any of its agencies, from enforcing MRPC 3.5(c) and 6.5;

(c) any other relief as authorized under the laws including costs and attorney fees for bringing this action.

Respectfully submitted,

FIEGER, FIEGER, KENNEY & JOHNSON, P.C.

By: _____
MICHAEL R. DEZSI (P64530)
Attorney for Plaintiffs
19390 W. Ten Mile Road
Southfield, Michigan 48075
(248) 355-5555

Dated: April 7, 2006

JS 44 11/99   **CIVIL COVER SHEET**   COUNTY IN WHICH THIS ACTION AROSE: Oakland/Wayne

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) PLAINTIFFS** Geoffrey Fieger, Richard Steinberg

**DEFENDANTS** Michigan Supreme Court, Taylor, Cavanagh, Weaver, Kelly, Corrigan, Young, Markman

(b) County of Residence of First Listed: Oakland

County of Residence of First Listed: Ingham
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorneys (Name, Address and Telephone Number)
Michael Dezsi
19390 W. Ten Mile
Southfield, MI 48075   248-355-5555

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PLA | DEF | | PLA | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal of Business In This State | ☐ 4 | ☐ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ |
| Citizen or Subject of Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

Case: 2:06-cv-11684
Assigned To: Tarnow, Arthur J
Referral Judge: Majzoub, Mona K
Filed: 04-07-2006 At 01:37 PM
CMP FIEGER, ET AL V. MI SUPREME COURT, ET AL (TAM)

CONTRACT:
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment and Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

TORTS — PERSONAL INJURY:
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel And Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY:
- ☐ 362 Personal Injury— Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY:
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

REAL PROPERTY:
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

CIVIL RIGHTS:
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☒ 440 Other Civil Rights

PRISONER PETITIONS:
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

FORFEITURE/PENALTY:
- ☐ 610 Agriculture
- ☐ 620 Other Food
- ☐ 625 Drug Related Seizure of Property
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

LABOR:
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

PROPERTY RIGHTS:
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

SOCIAL SECURITY:
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

FEDERAL TAX SUITS:
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

OTHER STATUTES:
- Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☒ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

42 U.S.C. §1983, challenging as facially unconstitutional Mich Rules of Prof. Conduct

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   $ DEMAND   CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE   DOCKET NUMBER

over →

DATE 4-7-06   SIGNATURE OF ATTORNEY OF RECORD  X [signature]

# PURSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____


2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☒ Yes  ☐ No

   If yes, give the following information:

   Court: _E.D. Mich_ / _____ / _Mich Sup Court_

   Case No.: _05-72264_ / _94-74375_ / _127547_

   Judge: _BATTANI_ / _BORMAN_ / _Mich Sup Crt_

   Notes: _NONE of these cases were original actions under §1983 challenging as facially unconstitutional the Mich Rules of Prof. Conduct, however they involved Plaintiff Fieger and the Mich. R. of Prof. Conduct._