UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEOFFREY NELS FIEGER &
RICHARD L. STEINBERG,

           PLAINTIFFS,

v.

MICHIGAN SUPREME COURT, *ET AL.*,

           DEFENDANTS.
_____/

CIVIL ACTION NO. 06-11684

HONORABLE ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE

MAGISTRATE MONA K. MAJZOUB

**ORDER GRANTING PLAINTIFFS' MOTIONS FOR RELIEF FROM JUDGMENT [D/E # 43 & D/E # 46], CLOSING PLAINTIFFS' MOTION FOR RECONSIDERATION [D/E # 40] & REINSTATING THE CASE**

Having reviewed Plaintiffs' Motions for Reconsideration and Relief from Judgment, the Defendants' Responses, and having heard oral argument on March 19, 2007, for the reasons stated on the record,

**IT IS HEREBY ORDERED THAT** Plaintiffs' Motions for Relief from Judgment [D/E # 43 & D/E # 46] are **GRANTED**. As a result, the case is **REINSTATED** and Plaintiffs' Motion for Reconsideration [D/E # 40] is **ADMINISTRATIVELY CLOSED**.

**IT IS FURTHER ORDERED THAT** the parties will have until April 30, 2007 to file briefs on the issues of preclusion, standing, and the facial constitutionality of the civility provisions of the Michigan Rules of Professional Conduct. The parties will have an additional 14 days to files responses.

**IT IS SO ORDERED**.


        s/Arthur J. Tarnow
        Arthur J. Tarnow
        United States District Judge

Dated:  March 20, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 20, 2007, by electronic and/or ordinary mail.

        s/Theresa E. Taylor
        Case Manager